JORDAN S. ALTURA  (SBN:  209431)
jaltura@grsm.com
REBECCA A. HULL  (SBN:  99802)
rhull@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 875-4219
Facsimile:  (415) 986-8054

Attorneys for Defendant
AETNA LIFE INSURANCE COMPANY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TADD LEJOHN, | Case No. 2:19-cv-01875-RGK-KSx |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER ON JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

Upon review of the Joint Stipulation for Dismissal of Action With Prejudice entered into by Plaintiff and Defendant, and good cause appearing therefor,

**IT IS HEREBY ORDERED:**

This matter is dismissed with prejudice, each party to bear their own fees and costs.

Dated: February 28, 2020

_____
R. GARY KLAUSNER
United States District Judge

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111